**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 25, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00264-CV

## VILLAGE CRESTMONT HOUSTON USA, LLC AND WEST CRESTMONT HOUSTON USA, LLC, Appellants

### V.

## HARRIS COUNTY APPRAISAL DISTRICT AND HARRIS COUNTY APPRAISAL REVIEW BOARD, Appellees

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-27419**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed on March 8, 2016. On August 3, 2016, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Christopher.